**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**San Francisco Venue**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Docket Number:  CR 05 00628  MAG |
| RANINA JONES | ) | |
| | ) | |

---

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for the 6th  day of January, 2006, be continued until the 31st day of March, 2006 at 10:30 a.m.

Date: _1/9/06_                    _____
                                            JOSEPH C. SPERO
                                      UNITED STATES MAGISTRATE JUDGE

kjg